STACY TOLCHIN (SBN 217431)
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
SASHA NOVIS (SBN 330683)
Sasha@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis CRUZ MORA; Gloria DIXON; Lehmber SINGH; Sukhwinder SINGH; Mohammad ZAVAREHI TABATABAI; and Partap SINGH. <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, an agency of the Department of Justice. <br><br> Defendant. | Case No. _____ <br><br> **Complaint Under the Freedom of Information Act** |

**INTRODUCTION**

1.      Plaintiffs are eight individuals residing in the Central District of California who require copies of their files from the Executive Office for Immigration Review in order to make decisions about their immigration matters or in order to prepare for upcoming immigration hearings. They have all filed requests for these records under the Freedom of Information Act, and EOIR has not issued its response within 20 business days, in violation of law.

2.      Plaintiffs all require access to their immigration records in order to make important, potentially life-altering decisions. There is a public interest in compelling a federal agency to comply with FOIA requirements, particularly in a setting where denial of the information has an adverse impact on the plaintiffs' ability to protect their interests in their immigration cases. See Mayock v. I.N.S., 736 F. Supp. 1561, 1564 (N.D. Cal. 1990). Compelling compliance with FOIA works to preserve the legitimacy and integrity of immigration proceedings. See Gahagan v. United States Customs & Border Prot., No. CV 14-2619, 2016 WL 3090216, at *10 (E.D. La. June 2, 2016).

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction under the FOIA, 5 U.S.C. § 552(a)(4)(B), and 28 U.S.C. §§ 1331 (federal question).

4.      The Freedom of Information Act provides for an original action in district court if an agency fails to issue a determination to a request within 20 business days.  "If the agency does not make a 'determination' within the relevant statutory time period, the requester may file suit without exhausting administrative appeal remedies."  Brown v. U.S. Customs & Border Prot., 132 F. Supp. 3d 1170, 1172 (N.D. Cal. 2015) citing Citizens for Responsibility and Ethics in Wash. v. Fed. Election Comm'n, 711 F.3d 180, 185 (D.C.Cir.2013).

5.      Venue is proper under 28 U.S.C. § 1391(e)(1) because this is a civil action in which Defendant is the Executive Office for Immigration Review, a federal agency; because Plaintiffs reside in this judicial district; and there is no real property involved in this action.

## PARTIES

6.      Plaintiff Jose Luis Cruz Mora is a citizen of Mexico who resides in Hawthorne, California. He filed her FOIA request with EOIR on December 8, 2021.

7.      Plaintiff Gloria Dixon is a citizen of El Salvador who resides in Reseda, California. She filed her FOIA request with EOIR on February 3, 2022.

8.      Plaintiff Lehmber Singh is a citizen of India who resides in Riverside, California. He filed his FOIA request with EOIR on November 8, 2021.

9.      Plaintiff Sukhwinder Singh is a citizen of India who resides in Fontana, California. He filed his FOIA request with EOIR on February 17, 2022.

10.     Plaintiff Mohammad Zavarehi Tabatabai is a citizen of Iran who resides in Huntington Beach, California. He filed his FOIA request with EOIR on January 21, 2022.

11.     Plaintiff Partap Singh is a citizen of India who resides in Hawthorne, California. He filed his FOIA request with EOIR on December 14, 2021.

12.     Defendant Executive Office for Immigration Review ("EOIR") is an agency within the Department of Justice and encompasses the Immigration Courts and Board of Immigration Appeals.

## FACTUAL ALLEGATIONS

13.     Plaintiff Jose Luis Cruz Mora requires a copy of the record of proceedings of his immigration case because he seeks to reinstate his case before

the Ninth Circuit, which was dismissed for lack of prosecution, but he is unable to obtain his removal history without the immigration court records.  He filed a FOIA request, through counsel, with EOIR on December 8, 2021. EOIR issued a receipt and assigned his request case number #2022-14259, but has not issued any response to his request.  More than 20 business days have elapsed since Plaintiff Jose Luis Cruz Mora submitted his FOIA request to EOIR.

14.    Plaintiff Gloria Dixon requires a copy of her files from EOIR in order to make decisions about pursuing naturalization to become a United States citizen. She filed her FOIA request, through counsel, with EOIR on February 3, 2022. EOIR issued a receipt and assigned her request case number 2022-22517, but has not issued any response to her request.  More than 20 business days have elapsed since Plaintiff Gloria Dixon submitted her FOIA request to EOIR.

15.    Plaintiff Lehmber Singh requires a copy of his files from EOIR in order to make decisions about pursuing naturalization. He filed his FOIA request, through counsel, with EOIR on January 19, 2022. EOIR issued a receipt and assigned his request case number 2022-20044, but has not issued any response to his request. More than 20 business days have elapsed since Plaintiff Lehmber Singh submitted his FOIA request.

16.    Plaintiff Sukhwinder Singh requires a copy of his filed From EOIR in order to determine his eligibility to seek lawful permanent residency. He filed his FOIA request, through counsel, with EOIR on February 17, 2022. EOIR issued a receipt and assigned his request case number 2022-24562, but has not issued any response to his request. More than 20 business days have elapsed since Plaintiff Lehmber Singh submitted his FOIA request.

17.    Plaintiff Mohammad Zavarehi Tabatabai requires a copy of his files from EOIR because he is currently in removal proceedings before an immigration judge in Santa Ana, California, and requires the file to defend against removal to

Iran. He filed his FOIA request, through counsel, with EOIR on January 21, 2022. EOIR issued a receipt and assigned his request case number 2022-20388, but has not issued any response to his request. More than 20 business days have elapsed since Plaintiff Mohammad Zavarehi Tabatabai submitted his FOIA request

18.    Plaintiff Partap Singh requires a copy of his EOIR files because he is trying to bring his son to the United States based on his relationship with his United States citizen wife, and the Department of Homeland Security contests the validity of that marriage.  Since his permanent resident status was granted in immigration court, he requires copies of the immigration court file to defend his son's case. He filed his FOIA request with EOIR, through his attorney, on December 14, 2021. EOIR issued a receipt and assigned his request case number 2022-15427, but has not issued any response to his request.  More than 20 business days have elapsed since Plaintiff Partap Singh submitted his FOIA request.

## CAUSE OF ACTION
## COUNT ONE

(Freedom of Information Act)

19. Plaintiffs incorporate the allegations in the paragraphs above as though fully set forth here.

20. Defendant has unlawfully withheld records requested by Plaintiffs pursuant to 5 U.S.C. § 552.

21. An agency is required to issue a determination in response to a FOIA request within 20 business days.  5 U.S.C. § 552(a)(6)(A)(i).

22. Defendant has violated the FOIA statute because more than twenty business days have elapsed since Plaintiffs' FOIA requests without a determination.

23. Delay by an agency in responding to a FOIA request is tantamount to a

1  denial.  Gilmore v. U.S. Dep't of Energy, 33 F.Supp.2d 1184, 1187

2  (N.D.Cal.1998).

3       24. An agency's "failure to respond to a FOIA request within the statutory

4  time limits violates FOIA and allows the aggrieved party to sue."  Brown v. U.S.

5  Customs & Border Prot., 132 F. Supp. 3d 1170, 1173 (N.D. Cal. 2015).

6

7                              **PRAYER FOR RELIEF**

8

9  WHEREFORE, Plaintiffs pray that this Court grant the following relief:

10

11     (1)    Assume jurisdiction over this matter;

       (2)    Order Defendant to produce the records requested by
12
              Plaintiffs;
13
       (3)    Award reasonable costs and attorneys' fees; and
14
       (4)    Grant such further relief as the Court deems just and
15
              proper.
16

17  Dated: May 19, 2022                  Respectfully submitted,

18                                       By: S/Stacy Tolchin
                                         STACY TOLCHIN (SBN 217431)
19                                       *Stacy@tolchinimmigration.com*
                                         MEGAN BREWER (SBN 268248)
20                                       *Megan@tolchinimmigration.com*
                                         LAW OFFICES OF STACY TOLCHIN
21                                       SASHA NOVIS (SBN 330683)
                                         Sasha@tolchinimmigration.com
22                                       LAW OFFICES OF STACY TOLCHIN
23                                       776 E. Green St., Suite 210
                                         Pasadena, CA 91101
24                                       Tel: (213) 622-7450
                                         Fax: (213) 622-7233
25

26

27                                       Counsel for Plaintiffs

28
                   _____

                                         5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28